IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LUIS CANALES, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:26-cv-00480-TES |
| VALUE TRUCK OF AZ LLC et al., | * | |
| Defendants | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Houston County, Georgia.

This 17th day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk